UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

Plaintiff,

Case No. 25-cv-940

v.

CRYSTAL RIDGE SKI AREA, LLC,
d/b/a THE ROCK SNOWPARK,

Defendant.

---

**DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO CIVIL L. R. 7.1**

---

The undersigned, counsel of record for Defendant Crystal Ridge Ski Area, LLC, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1. Crystal Ridge Ski Area, LLC.

2. No such corporation exists.

3. Walcheske & Luzi, LLC.

Dated this 26th day of August, 2025.

WALCHESKE & LUZI, LLC
Counsel for Defendant

s/ *James A. Walcheske*
James A. Walcheske, State Bar No. 1065635

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
Email: jwalcheske@walcheskeluzi.com