**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL RIDGE SKI AREA, LLC d/b/a THE ROCK SNOWPARK, LLC,<br><br>Defendant. | ) | Case No. 2:25-cv-00940-BHL |

**JOINT MOTION FOR ENTRY OF PROPOSED CONSENT DECREE**

The parties to the above-captioned action, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Crystal Ridge Ski Area, LLC d/b/a the Rock Snowpark, LLC ("Crystal Ridge") have engaged in comprehensive settlement negotiations and have agreed that this action should be resolved by the entry of the proposed Consent Decree attached to this motion for the reasons stated therein.

In support of this motion, the parties state that they are in agreement that the Court has jurisdiction over this action and over any matter arising under the proposed Consent Decree, and that the terms of the proposed Consent Decree are adequate and reasonable, will further the public interest and the objectives of Title VII of the Civil Rights Act of 1964, and will fully resolve the dispute between the parties.

Wherefore, the parties respectfully and jointly move this Court to approve and enter the attached the proposed Consent Decree.

Respectfully submitted this 22nd day of September 2026.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

s/*<u>Tina Burnside</u>*
Tina Burnside
Senior Trial Attorney
U.S. EEOC Minneapolis Area Office
330 S. Second Ave., Ste. 720
Minneapolis, MN 55401
612.552.7319
tina.burnside@eeoc.gov

s/*<u>Anne Gallerano</u>*
Anne Gallerano
Trial Attorney
U.S. EEOC Chicago District Office
230 S. Dearborn St., Ste. 2920
Chicago, IL 60604
312.872.9669
anne.gallerano@eeoc.gov

ATTORNEYS FOR PLAINTIFF

**CRYSTAL RIDGE SKI AREA, LLC**

s/*<u>James A. Walcheske.</u>*
James A. Walcheske
Attorney at Law
Walcheske & Luzi, LLC
1200 N. Mayfair Rd., Ste. 270
Wauwatosa, WI 53226
262.780.1953
jwalcheske@walcheskeluzi.com

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I, Anne Gallerano, hereby certify that this document filed through the CM/ECF system is being sent electronically to the registered participants as identified on the Notice of Electronic Filing.

s/*Anne Gallerano*
Anne Gallerano